IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-HC-2175

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CERTIFICATE OF MENTAL |
| v. | ) | DISEASE OR DEFECT AND |
| | ) | DANGEROUSNESS |
| HASSAN YEHIA CHOKR, | ) | |
| Reg. No. 37003-510, | ) | |
| | ) | |
| Respondent. | ) | |

The United States of America, by and through the United States Attorney for

the Eastern District of North Carolina, hereby submits the attached Certificate of

Mental Disease or Defect and Dangerousness.

Federal Medical Center Butner ("FMC Butner") evaluators have opined that

Respondent, Hassan Yehia Chokr, is not currently competent to stand trial and have

requested authorization from the criminal court to involuntarily medicate

Respondent pursuant to Sell v. United States, 539 U.S. 166 (2003). The United States

District Court for the Eastern District of Michigan has not yet rendered a decision

regarding Respondent's competency to stand trial. See Docket Report, United States

v. Chokr, No. 2:23-CR-20037 (E.D. Mich.). Should the criminal court decline FMC

Butner's request and find that Respondent is not substantially likely to be restored

to competency in the foreseeable future, Respondent will likely be found not

competent and not restorable to competency.

As part of its review of Respondent's case, FMC Butner's Risk Consultation

Panel opined in an initial assessment that Respondent meets criteria for commitment

pursuant to 18 U.S.C. § 4246(a). Thus, United States submits the attached certificate of Respondent's dangerousness due to a mental disease or defect consistent with section 4246(a).

In order to comply with the 1 December 2009, Amended Standing Order of the Court, the undersigned hereby certifies that a copy of this certificate has been sent to the U.S. District Court for the Eastern District of Michigan.

Respectfully submitted, this 27th day of September 2024.

MICHAEL F. EASLEY, JR.
United States Attorney

By:    /s/ Genna D. Petre
GENNA D. PETRE
Special Assistant U.S. Attorney
Attorney for the Petitioner
U.S. Attorney's Office, Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone:   (919) 856-4530
Email: genna.petre@usdoj.gov
N.C. Bar # 49466

CERTIFICATE OF SERVICE

This is to certify that I have this 27th day of September 2024, served a copy of the foregoing upon the Respondent in this action by placing the documents in an envelope marked as stated below, and providing it to FCC Butner staff to deliver the envelope in hand to:

> Hassan Yehia Chokr
> Reg. No. 37003-510
> Mental Health Unit
> FMC Butner

and on the same day placed a copy of the foregoing motion, along with the proposed sealed forensic report, in the U.S. Mail, addressed as follows:

> Office of the Federal Public Defender
> 150 Fayetteville Street
> Suite 450
> Raleigh, NC 27601


> The Honorable Jonathan J.C. Grey
> United States District Court
> Theodore Levin U.S. Courthouse
> 231 W. Lafayette Blvd., Room 635
> Detroit, MI 48226


> /s/ Genna D. Petre
> GENNA D. PETRE
> Special Assistant U.S. Attorney
> Attorney for the Petitioner
> U.S. Attorney's Office, Civil Division
> 150 Fayetteville Street, Suite 2100
> Raleigh, NC 27601
> Telephone:   (919) 856-4530
> Email: genna.petre@usdoj.gov
> N.C. Bar # 49466