# CERTIFICATE OF MENTAL DISEASE OR DEFECT AND DANGEROUSNESS

This is to advise you that inmate **Hassan Chokr, Register Number 37003-510**, a patient currently housed in the Mental Health Division at the Federal Medical Center in Butner, North Carolina (FMC-Butner), has undergone a psychiatric evaluation pursuant to Title 18 U.S.C. § 4246(a). The FMC-Butner forensic staff believe that Mr. Chokr is currently suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to the property of another. In addition, suitable arrangements for State custody and care of Mr. Chokr are not available.

Pursuant to Title 18 U.S.C. § 4246(a), I hereby request that a hearing be scheduled to determine whether Mr. Chokr should remain committed to the Mental Health Department at FMC-Butner.

_____
T. Scarantino, Complex Warden

GOVERNMENT EXHIBIT 1